**Fill in this information to identify the case:**

Debtor 1 Dennis Haney

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of Texas
(State)

Case number 24-41967

Official Form 410S1

# Notice of Mortgage Payment Change

12/25

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** EECU

**Court claim no.** (if known): ____________

**Last 4 digits** of any number you use to identify the debtor's account: 2 0 2 1

**Date of payment change:** Must be at least 21 days after date of this notice 04 /01 /2026

**New total payment:** Principal, interest, and escrow, if any *For HELOC payment amounts, see Part 3* $ 2,601.40

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

☐ No
☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: ____________

**Current escrow payment:** $ 1,012.80 **New escrow payment:** $ 962.39

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☑ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: ____________

**Current interest rate:** ________% **New interest rate:** ________%

**Current principal and interest payment:** $ ________ **New principal and interest payment:** $ ________

## Part 3: Annual HELOC Notice

3. **Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?**

☑ No
☐ Yes.

**Current HELOC payment:** $________

**Reconciliation amount:** + $_______ or
- $_______

Debtor 1 Dennis Haney
First Name Middle Name Last Name

Case number (*if known*) 24-41967

**Amount of next payment (including reconciliation amount)** **$_______**

**Amount of the new payment thereafter (without reconciliation amount)** **$_______**

## Part 4: Other Payment Change

**4. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No

☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: ____________________

**Current mortgage payment:** $ ____________ **New mortgage payment:** $ ____________

## Part 5: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ Robert Everett Bell
Signature

Date 03 / 09 / 2026


Print: Robert Everett Bell
First Name Middle Name Last Name

Title Default Specialist

Company TruHome Solutions

Address 6330 Sprint Pkwy, Ste 200
Number Street

Overland Park, KS 66211
City State ZIP Code

Contact phone (866) 443 – 2750

Email bankruptcy@truhome.com

TruHome Solutions, LLC Servicing Members of:
EECU MORTGAGE SERVICES
c/o TruHome Solutions, LLC
PO Box 7568
Overland Park, KS 66207-9998

TruHome SOLUTIONS

# ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

eecu.org/onlinebanking

Mon - Fri 7 am – 8 pm CST
Sat 8 am – 1 pm CST
Telephone: (866) 929-5376
Fax: 866-949-1690

Correspondence
PO Box 7568
Overland Park, KS 66207-9998

000002
DENNIS RAY HANEY
1721 BELLATRIX DR
FORT WORTH TX 76052

Analysis Date: 02/20/26
Loan Number: [redacted]
Borrower Name: DENNIS RAY HANEY
Property Address: 1721 BELLATRIX DR
FORT WORTH, TX 76052

**ESCROW SURPLUS CHECK ATTACHED BELOW**

Each year we review your escrow account to determine your new monthly escrow payment. As you may know, we collect funds and hold them in your escrow account to pay your property taxes, homeowner's insurance, mortgage insurance premiums and/or flood insurance on your behalf. Below are answers to the most commonly asked questions we receive about the annual escrow analysis and the details related to your account.

## 1. What is the amount of my new monthly payment starting April 01, 2026?

| Payment Items | Payment as of Last Analysis | New Payment | Difference |
|---|---|---|---|
| Principal and Interest | $1,639.01 | $1,639.01 | $0.00 |
| Escrow | 1,012.82 | 962.39 | -50.43 |
| **Total Payment** | **$2,651.83** | **$2,601.40** | **-$50.43** |

- **Note**: If you currently use a third party bill pay service to make automatic payments, please update the amount scheduled for submission in April to reflect the new payment listed above. If you are currently set up on Electronic Funds Transfer (ACH) draft this new amount will automatically take effect with your April draft.

## 2. What are the most common reasons that my escrow payment may change from year to year?

**A. Increases or Decreases in Amounts Billed** – the amount we collect each month to be held in your escrow account may change based on increases or decreases to your property taxes, homeowner's insurance, mortgage insurance premiums and/or flood insurance. The information below compares the amount we expect to pay over the next 12 months from your escrow account to the actual amount collected over the last 12 months. The difference column reflects the increase or decrease for the escrowed items.

| | Previously Collected | Projected Disbursement | Difference |
|---|---|---|---|
| COUNTY TAX | $7,301.82 | $6,305.77 | -$996.05 |
| HOMEOWNERS I | $3,027.00 | $3,418.00 | $391.00 |
| PMI | $1,824.96 | $1,824.96 | $0.00 |
| **Total Annual Escrow Payments** | **$12,153.78** | **$11,548.73** | **-$605.05** |
| **Monthly Escrow Payments** | **$1,012.82** | **$962.39** | **-$50.43** |

**B. Repayment of Escrow Shortage or Overage** - According to the projections shown in Table 1 on the reverse side, your escrow account will rise above the minimum required balance of $1,620.63 in December. This means you have a ***surplus*** of $942.87 in your escrow account.

Since the surplus amount is greater than $50.00 we are **ENCLOSING THE ESCROW REFUND CHECK BELOW**.

| Projected Low Escrow Balance | | Allowable Low Escrow Balance | | Surplus |
|---|---|---|---|---|
| $2,563.50 | *minus* | $1,620.63 | *equals* | $942.87 |

PO Box 7568
Overland Park, KS 66207-9998

TRUHOME SOLUTIONS, LLC
COMMUNITY AMERICA CU
THS - DISB CLEARING

CHECK NO.

0001
1010

MO. DAY YR.
02 23 26

Loan Number: [redacted]

**NEW PAYMENT EFFECTIVE DATE: April 01, 2026**

**COMING YEAR ESCROW ACCOUNT PROJECTIONS AND ACTIVITY HISTORY**

Table 1 shows a month by month estimate of the activity we anticipate will occur in your escrow account over the next 12 months. This table shows the projected low balance point that is used to calculate an escrow shortage or surplus. Table 2 itemizes your actual escrow account transactions since your previous analysis statement or initial disclosure. Last year's estimates are next to the actual activity. An asterisk (*) indicates a difference between the estimated and actual payments and disbursements. An 'E' indicates estimates for future payments or disbursements.

TABLE 1 - ACCOUNT PROJECTIONS

| Month | Payments Estimate | Disbursements Estimate | Description | Total Balance | Minimum Required | Difference |
|---|---|---|---|---|---|---|
| | | | Beginning Balance | $4,994.48 | | |
| April | 962.39 | 152.08 | PMI | 5,804.79 | 1,620.63 | 4,184.16 |
| May | 962.39 | 152.08 | PMI | 6,615.10 | 1,620.63 | 4,994.47 |
| June | 962.39 | 152.08 | PMI | 7,425.41 | 1,620.63 | 5,804.78 |
| June | 0.00 | 3,418.00 | HOMEOWNERS I | 4,007.41 | 1,620.63 | 2,386.78 |
| July | 962.39 | 152.08 | PMI | 4,817.72 | 1,620.63 | 3,197.09 |
| August | 962.39 | 152.08 | PMI | 5,628.03 | 1,620.63 | 4,007.40 |
| September | 962.39 | 152.08 | PMI | 6,438.34 | 1,620.63 | 4,817.71 |
| October | 962.39 | 152.08 | PMI | 7,248.65 | 1,620.63 | 5,628.02 |
| November | 962.39 | 152.08 | PMI | 8,058.96 | 1,620.63 | 6,438.33 |
| December | 962.39 | 152.08 | PMI | 8,869.27 | 1,620.63 | 7,248.64 |
| December | 0.00 | 4,495.32 | COUNTY TAX | 4,373.95 | 1,620.63 | 2,753.32 |
| December | 0.00 | 1,810.45 | COUNTY TAX | 2,563.50 | 1,620.63 | **942.87** ** |
| January | 962.39 | 152.08 | PMI | 3,373.81 | 1,620.63 | 1,753.18 |
| February | 962.39 | 152.08 | PMI | 4,184.12 | 1,620.63 | 2,563.49 |
| March | 962.39 | 152.08 | PMI | 4,994.43 | 1,620.63 | 3,373.80 |

**Low Balance used to determine escrow overage or shortage.

Federal Law (RESPA) allows lenders to maintain a two month cushion in an escrow account, unless your mortgage contract or state law specifies a lower amount. The cushion helps minimize the amount your escrow account could be overdrawn if tax or insurance payments increase.

TABLE 2 - ESCROW ACTIVITY HISTORY

| Month | Payments Estimate | Payments Actual | Disbursements Estimate | Disbursements Actual | Description | Total Balance |
|---|---|---|---|---|---|---|
| **History** | | | | | Beginning Balance | $1,954.43 |
| April | 1,012.82 | 911.90 * | 152.08 | 152.08 | PMI | 2,714.25 |
| April | 0.00 | 0.00 | 0.00 | 911.90 * | ESC REFUND | 1,802.35 |
| May | 1,012.82 | 1,098.56 * | 152.08 | 152.08 | PMI | 2,748.83 |
| May | 0.00 | 0.00 | 0.00 | 3,418.00 * | HAZARD INS | -669.17 |
| June | 1,012.82 | 2,197.12 * | 152.08 | 152.08 | PMI | 1,375.87 |
| June | 0.00 | 0.00 | 3,027.00 | 0.00 * | HOMEOWNERS I | 1,375.87 |
| July | 1,012.82 | 2,025.64 * | 152.08 | 152.08 | PMI | 3,249.43 |
| August | 1,012.82 | 2,025.64 * | 152.08 | 152.08 | PMI | 5,122.99 |
| September | 1,012.82 | 1,012.82 | 152.08 | 152.08 | PMI | 5,983.73 |
| October | 1,012.82 | 1,012.82 | 152.08 | 152.08 | PMI | 6,844.47 |
| November | 1,012.82 | 1,012.82 | 152.08 | 152.08 | PMI | 7,705.21 |
| November | 0.00 | 0.00 | 0.00 | 4,495.32 * | COUNTY TAX | 3,209.89 |
| December | 1,012.82 | 1,012.82 | 152.08 | 152.08 | PMI | 4,070.63 |
| December | 0.00 | 0.00 | 4,797.84 | 1,810.45 * | COUNTY TAX | 2,260.18 |
| December | 0.00 | 0.00 | 2,503.98 | 0.00 * | COUNTY TAX | 2,260.18 |
| January | 1,012.82 | 1,012.82 | 152.08 | 152.08 | PMI | 3,120.92 |
| February | 1,012.82 | 1,012.82 | 152.08 | 152.08 | PMI | 3,981.66 |
| March | 1,012.82 | 1,012.82 E | 152.08 | 0.00 E | PMI | 4,994.48 |

## Bankruptcy Information

If you are in bankruptcy or received a bankruptcy discharge of this debit, this communication is not an attempt to collect a debt, but notice of possible enforcement of the lien against the collateral property.

## In Case of Error or Additional Questions

Please retain this statement for your records. If you think your statement is inaccurate or you have questions, please contact Member Services at (866) 929-5376 or in writing at PO Box 7568 Overland Park, KS 66207.

**Certificate of Service**

I hereby certify that a true and correct copy of the above and foregoing were mailed via U. S. Mail or electronic filing this 9th day of March 2026. Exhibits are available to Counsel and Courts upon request.

Dennis Haney
1721 Bellatrix Dr
Haslet, TX 76052

Angela Haney
1721 Bellatrix Dr
Haslet, TX 76052

Clayton Everett
515 E Border St, Ste 163
Arlington, TX 76010

Tim Truman
6851 NE Loop 820, Ste 300
Tarrant, TX 76052

/s/ Robert Bell

Default Specialist
TruHome Solutions