**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

In re:                                                                  Case No. 24-41967-MXM
  DENNIS RAY HANEY
  ANGELA DAWN HANEY                                    Chapter 13
            Debtor(s)

---

### CHAPTER 13 STANDING TRUSTEES' FRBP 2012 REPORT
### ACCOUNTING OF PRIOR ADMINISTRATION OF CASE

Tim Truman, former Chapter 13 Standing Trustee for the period from the petition date through June 04, 2026, and Pam Bassel (NRH), successor Chapter 13 Standing Trustee for the above-captioned case, submit the following accounting of the estate pursuant to 11 U.S.C. §1302(b) and pursuant to Federal Rules of Bankruptcy Procedure 2012(b)(2).

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $6,900.00 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$6,900.00** |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $3,700.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $675.48 | |
| Other | $145.18 | |
| Secured Creditors | $0.00 | |
| Priority Creditors | $2,374.34 | |
| General Unsecured Creditors | $0.00 | |
| **Total Disbursements & Expense of Administration:** | | **$6,895.00** |

| Balance Transferred to Successor Trustee | $5.00 |
|---|---|

Dated: 06/29/2026

/s/ Tim Truman                                           /s/ Pam Bassel (NRH)
Former Chapter 13 Standing Trustee          Successor Chapter 13 Standing Trustee
6851 N.E. Loop 820, #300                           6851 N.E. Loop 820, #300
North Richland Hills, TX 76180                    North Richland Hills, TX 76180

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that the Chapter 13  Standing Trustees' FRBP 2012 Report Accounting of Prior Administration of Case  filed in this case was served via FIRST CLASS MAIL, POSTAGE PREPAID on:

DENNIS RAY HANEY, ANGELA DAWN HANEY, 1721 BELLATRIX DR, HASLET, TX
76052

and electronically on:

NORRED LAW PLLC, 515 E BORDER, ARLINGTON, TX  76010

on the 29th day of June, 2026.


/s/ Pam Bassel (NRH)
_____
Pam Bassel (NRH), Chapter 13 Standing
Trustee